United States District Court
Northern District of California

1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    RUCHELL CINQUE MAGEE,                    Case No.  15-cv-4129-TEH

Petitioner,

8

v.                                   ORDER OF TRANSFER

9

10   J. SOTO,

Respondent.

11

12

13        This is a habeas case filed pro se by a state prisoner.  He

14   seeks review of a denial of parole by the Board of Parole

15   Hearings.  He was convicted in the Superior Court of Santa Clara

16   County, which is in this district.  However, his parole denial

17   occurred at a hearing at California State Prison Los Angeles

18   County, where he is still housed, which is in the Central

19   District of California.

20        Venue is proper in a habeas action in either the district of

21   confinement or the district of conviction, 28 U.S.C. § 2241(d);

22   however, the district of confinement is the preferable forum to

23   review the execution of a sentence.  Habeas L.R. 2254-3(a); Dunne

24   v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).  Because

25   Petitioner's challenge goes to the execution of his sentence,

26   this petition is TRANSFERRED to the United States District Court

27

28

1    for the Central District of California.  See 28 U.S.C. § 1404(a);

2    Habeas L.R. 2254-3(b).[1]

3         IT IS SO ORDERED.

4    Dated: 09/21/2015

5    _____
     THELTON E. HENDERSON
6    United States District Judge

7

8    G:\PRO-SE\TEH\HC.15\Magee4129.trn.docx

United States District Court
Northern District of California

---

[1] The Court notes that Petitioner previously filed a similar petition that was transferred to the Central District.  See Magee v. Soto, No. 15-3289-TEH.  In the instant case he argues that judges in the Central District have accepted bribes and fabricated facts, therefore the case should not be transferred. He has failed to present credible evidence to support these allegations.  While this case may be duplicative, it will be transferred to the Central District to review the filing.

2